UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 97-1504

———————

JANET M. LOGAN,

Plaintiff - Appellant,

versus

COLONIAL WILLIAMSBURG HOTEL PROPERTIES, INCORPORATED,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News. Rebecca B. Smith and Henry C. Morgan, Jr., District Judges; J. Calvitt Clarke, Jr., Senior District Judge; James E. Bradberry, Magistrate Judge. (CA-96-59-4)

———————

Submitted: June 18, 1998                Decided: July 2, 1998

———————

Before MURNAGHAN and WILKINS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Janet M. Logan, Appellant Pro Se. Alexander Neal Barkus, Thomas Milton Mackall, Dina M. Gold, HUNTON & WILLIAMS, Washington, D.C., for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Janet M. Logan appeals the district court's orders dismissing her civil action in which she alleged retaliatory discharge, sexual harassment, and discrimination under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e-2, 2000e-3 (1994), and 42 U.S.C. § 1981 (1994). We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Logan v. Colonial Williamsburg Hotel Properties, Inc., No. CA-96-59-4 (E.D. Va. Oct. 8, 1996; Mar. 11, 14, & 19, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2